C-13-23a(FTP)
(Rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | **DISMISSAL ORDER** |
| ) | **CHAPTER 13** |
| ) | |
| ) | No: 07-51693  C-13W |
| DANIEL FLOYD HARDISON, ) | |
| ) | |
| ) | |
| Debtor. ) | |

For sufficient reasons appearing and after notice as required by law; it is

ORDERED that the case is dismissed after confirmation upon written request of the debtor; and, it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice with the balance of the funds to be disbursed pursuant to the confirmed plan.

DANIEL FLOYD HARDISON
108 LINVILLE SPRINGS ROAD
KERNERSVILLE, NC 27284

WENDELL "WES" SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM, NC 27104

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115